## TALLASSEE FALLS MFG. CO. v. THE STATE.

(Decided July 19, 1915.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

J. M. CHILTON, for appellant. H. R. GOLSON, and HILL, HILL, WHITING & STERN, for appellee.

Per curiam. Affirmed on authority of *Ex parte State of Alabama, in re Tallassee Falls Mfg. Co.,* 194 Ala., 69 South. 589.

## ATCHINSON v. THE STATE.

(Decided May 15, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

A. L. ARNOLD, and CHAS. A. CALHOUN, for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for State.

BROWN, J.—Affirmed on the record.

## ATLAS INSURANCE CO. v. JOHNSON-ALLEN UNDERTAKING CO.

(Decided April 6, 1916.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

No counsel marked for either party.

Per curiam. Appeal dismissed.

## BALDWIN v. THE STATE.

(Decided April 22, 1915.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

Per curiam. Appeal withdrawn.